RECEIVED
IN ALEXANDRIA, LA.

FEB 29 2012

TONY R. MOORE, CLERK
BY _____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CHARLES SIDNEY MACK, JR.          DOCKET NO. 11-CV-1979; SEC. P

                                  *James T. Trimble, Jr.*
VERSUS                            JUDGE ~~DEE D. DRELL~~

WARDEN MARINA MEDINA              MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DISMISSED** for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 29ᵗʰ day of _____February_____ 2012.

_____
~~DEE D. DRELL~~ *James T. Trimble, Jr.*
UNITED STATES DISTRICT JUDGE